United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRISBEL LINARES-LARREAL, § <br> § <br> Petitioner, § <br> § <br> § <br> v. § <br> § <br> RANDY TATE, *et al.*, § <br> § <br> Respondents. § | CASE NO. 4:26-cv-00042 |

## ORDER

Pending before the Court is Federal Respondents' unopposed motion for an extension of time to respond to the Petition for Writ of Habeas Corpus. Having considered the motion, the Court finds as follows:

Respondents' motion for an extension of time (Dkt. 7) is GRANTED.

It is ORDERED that Respondents have until January 21, 2026, to file an answer or other response to the Petition.

SIGNED on this 16th day of January, 2026,

_____
Lee H. Rosenthal
Senior United States District Judge